**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>TERREN SCOTT PEIZER,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00089(A)-DSF<br><br>**ORDER GRANTING DEFENDANT TERREN SCOTT PEIZER'S APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO AND PORTIONS OF DEFENDANT'S SENTENCING BRIEF**<br><br>The Honorable Dale S. Fischer<br><br>Date: February 10, 2025 |

The Court, having considered Defendant Terren Peizer's Application, the Memorandum of Points and Authorities in Support Thereof, and the Declaration of David K. Willingham in Support Thereof, hereby rules as follows:

| Document To Be Sealed | Portion To Be Sealed |
|---|---|
| Defendant's Sentencing Brief | Portions identified in blue highlighting, which quote from, reference, or discuss Defendant's medical records and other sensitive, personal information, as well as the private health and medical information of a third party |
| Exhibit E | Entire document |
| Exhibit B, Tab 5 | Entire document |
| Exhibit B, Tab 8 | Entire document |
| Exhibit F | Entire document |

The exhibits to and portions of the document to be sealed contain sensitive and private information pertaining to Defendant Peizer, as well as sensitive and private information regarding individuals who have submitted letters of support.

This Court accordingly holds that the Application is GRANTED and Exhibit E; Exhibit B, Tab 5; Exhibit B, Tab 8; Exhibit F; and portions of Defendant's Sentencing Brief described herein are to be filed under seal.

**IT IS SO ORDERED.**

DATED: December 23, 2024

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE