UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>TERREN SCOTT PEIZER,<br><br>　　　　Defendant. | No. CR 23-00089(A)-DSF<br><br>[PROPOSED] MONEY JUDGMENT OF FORFEITURE AGAINST DEFENDANT TERREN SCOTT PEIZER |

　　　The United States has filed an Application for Entry of Money Judgment of Forfeiture against TERREN SCOTT PEIZER ("defendant") in the amount of $12,711,324 pursuant to Federal Rule of Criminal Procedure 32.2.  Rule 32.2 provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

　　　GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant shall forfeit to the United States the sum of $12,711,324.  Defendant shall be liable for the entire amount of the judgment.

///

1    IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this
2 Money Judgment of Forfeiture shall become final as to the defendant
3 at the time of sentencing, and shall be made part of the defendant's
4 sentence and included in the judgment and commitment order.
5    IT IS FURTHER ORDERED that the United States may, at any time,
6 move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to
7 substitute property having a value not to exceed $12,711,324 to
8 satisfy the money judgment in whole or in part.

_____        _____
DATE                        HONORABLE DALE S. FISCHER
                            UNITED STATES DISTRICT JUDGE

Presented by:

E. MARTIN ESTRADA
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division


 /s/ Jonathan Galatzan
_____
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture &
Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA