1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00089(A)-DSF |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT TERREN SCOTT PEIZER'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DEFENDANT'S SENTENCING RESPONSE** |
| v. | |
| TERREN SCOTT PEIZER, | |
| Defendant. | The Honorable Dale S. Fischer |
| | Date: February 24, 2025 |

The Court, having considered Defendant Terren Peizer's Application, the Memorandum of Points and Authorities in Support Thereof, and the Declaration of David K. Willingham in Support Thereof, hereby rules as follows:

| Document To Be Sealed | Portion To Be Sealed |
|---|---|
| Defendant's Sentencing Response | Portions identified in blue highlighting, which reference Defendant's sensitive and private health and medical information |

The portions of the document to be sealed contain sensitive and private information pertaining to Defendant Peizer.

This Court accordingly holds that the Application is GRANTED and portions of Defendant's Sentencing Response described herein are to be filed under seal.

**IT IS SO ORDERED.**

DATED:

THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE